IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TERRANCE THOMPSON, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 11-65 |
|  | ) |  |
| MICHAEL CURLEY, et al., | ) |  |
| Respondents. | ) |  |

O R D E R

AND NOW, this 15th day of April 2011, after a petition for a writ of habeas corpus was filed by the petitioner, Terrance Thompson, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was accorded an opportunity to file written objections by April 7, 2011, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Terrance Thompson for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                              s/ Terrence F. McVerry
                              United States District Judge